**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| MADISON B. HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:20-cv-00662 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF APPEARANCE</u>

Theodore William Atkinson, Trial Attorney with the United States Department of Justice, Civil Division, Torts Branch, hereby gives notice to this Court and to the Plaintiff that he is entering an appearance as counsel for the Defendant in the above-captioned case, and requests that service of all papers filed in this action be made upon Theodore Atkinson.

Dated:  March 14, 2023

Respectfully submitted,

VARU CHILAKAMARRI
Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER BENSON
Assistant Director, Torts Branch

*/s/ Theodore Atkinson*
THEODORE W. ATKINSON
Trial Attorney, Torts Branch
United States Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-4266
Email: theodore.atkinson@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically filed the foregoing with the Clerk of Court via the Court's Electronic Filing System, which will provide electronic notification to all Filing Users.  Any parties who are not Filing Users will be served with a paper copy of the foregoing by first-class mail, postage pre-paid.

/s/ Theodore W. Atkinson
THEODORE W. ATKINSON